# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER J. FERGUSON** | : | **CIVIL ACTION NO. 19-00990** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **ARCH INSURANCE CO., ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 16] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand [doc. 5] is hereby **DENIED.**

**THUS DONE AND SIGNED** in Chambers, on this 9th day of January, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**